**No. P68/1.**—Mitsui & Co., Ltd. *v.* United States, protests 66/1381(B), etc. (New York).

Rao, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of waterproof cloth similar in all material respects to that the subject of *Amity Fabrics, Inv.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.

**No. P68/2.**—I.B. Cohen & Sons Corp. *v.* United States, protests 289073–K, etc. (New York).

**No. P68/3.**—Novelty Import Co., Inc. *v.* United States, protests 308364–K, etc. (New York).

Richardson, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of so-called "miniature hunting knives" similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (56 Cust. Ct. 489, C.D. 2686), the claim of the plaintiffs was sustained.